**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  JULIUS L. EDGESTON & JOSELYN K. EDGESTON                Case Number: 07-71616
4208 CLEARFIELD AVENUE          SSN-xxx-xx-0379 & xxx-xx-6651
ROCKFORD, IL  61109

Case filed on:  7/6/2007
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $398.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY HENRY REPAY | 3,550.00 | 3,550.00 | 0.00 | 0.00 |
|  | Total Legal | 3,550.00 | 3,550.00 | 0.00 | 0.00 |
| 002 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | AMERICAS RECOVERY NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | DENNIS A. BREBNER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | PARAGON WAY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | UNITED CONSUMER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | THE KIRBY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 3,858.00 | 3,858.00 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,858.00 | 3,858.00 | 0.00 | 0.00 |
| 999 | JULIUS L. EDGESTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS FINANCE | 8,855.65 | 8,855.65 | 0.00 | 133.97 |
| 004 | DIGIOVANNIS EXTREME | 4,385.00 | 4,385.00 | 3.96 | 234.21 |
| 070 | ROCK VALLEY CULLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 13,240.65 | 13,240.65 | 3.96 | 368.18 |
| 003 | DAVID WIESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NOVASTAR MORTGAGE INC | 146,847.59 | 0.00 | 0.00 | 0.00 |
| 008 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALPINE BANK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AMERICASH LOANS LLC | 477.43 | 477.43 | 0.00 | 0.00 |
| 013 | CIMINOS PIZZA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COMED CO | 862.11 | 862.11 | 0.00 | 0.00 |
| 018 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FARMERS INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PREMIER BANKCARD/CHARTER | 317.41 | 317.41 | 0.00 | 0.00 |
| 023 | FOUNDERS INSURANCE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HOOPS AUTOMOTIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURI | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | IMPERIAL PALACE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | INTEGRATED HOME CARE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | STEPHEN G BALSLEY | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
| 031 | K MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | BARRICK SWITZER LONG BALSLEY & VAN EVERA | 5,496.89 | 5,496.89 | 0.00 | 0.00 |
| 034 | MACYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MILLER EYE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MONROE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | MUTUAL MANAGEMENT SERVICES | 4,243.41 | 4,243.41 | 0.00 | 0.00 |
| 039 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | NICOR GAS | 57.52 | 57.52 | 0.00 | 0.00 |
| 041 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 042 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | PAPA JOHNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | COLLINS FINANCIAL SERVICES INC | 311.66 | 311.66 | 0.00 | 0.00 |
| 046 | PREMIER BANKCARD/CHARTER | 344.51 | 344.51 | 0.00 | 0.00 |
| 047 | R&B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | RICE AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | ROCK VALLEY CULLIGAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | ROCKFORD HEALTH PHYSICIANS | 25.60 | 25.60 | 0.00 | 0.00 |
| 053 | ROCKFORD MERCANTILE AGENCY INC | 4,433.56 | 4,433.56 | 0.00 | 0.00 |
| 054 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | SPRINT NEXTEL CORP - DISTRIBUTIONS | 2,074.68 | 2,074.68 | 0.00 | 0.00 |
| 056 | SWEDISH AMERICAN HOSPITAL | 2,195.99 | 2,195.99 | 0.00 | 0.00 |
| 058 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | UNITED CONSUMER FINANCIAL SERVICES | 1,855.59 | 1,855.59 | 0.00 | 0.00 |
| 065 | UNIVERSITY OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | AFNI/VERIZON | 193.11 | 193.11 | 0.00 | 0.00 |
| 068 | AFNI/VERIZON WIRELESS | 627.25 | 627.25 | 0.00 | 0.00 |
| 069 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 171,564.31 | 24,716.72 | 0.00 | 0.00 |
| | Grand Total: | 192,212.96 | 45,365.37 | 3.96 | 368.18 |

Total Paid Claimant:     $372.14
Trustee Allowance:       $25.86
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By   /s/Heather M. Fagan